UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,                                                    CASE NO.: 1:22-cv-22965-RS

    Plaintiff,

vs.

RON JON SURF SHOP OF FLA., INC.
a Foreign for Profit Corporation

    Defendant,
_____/

### NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ALEJANDRO ESPINOZA and Defendant, RON JON SURF SHOP OF FLA., INC., have reached a settlement in this matter.

        **Respectfully Submitted,**

        **MENDEZ LAW OFFICES, PLLC**
        Attorney for Plaintiff
        P.O. BOX 228630
        Miami, Florida 33172
        Telephone: 305.264.9090
        Facsimile:  305.809.8474
        Email:info@mendezlawoffices.com
        By: /s/ Diego German Mendez
        DIEGO GERMAN MENDEZ, ESQ.
        FL BAR NO.: 52748

###